IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Ryan Graham**, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>**Christopher M. Carr**, et al.,<br><br>Defendants. | Case No. 1:22-cv-3613-MHC<br><br>**Plaintiffs' Unopposed Motion to Add a Party** |

The plaintiffs respectfully move the Court to add James D. Kreyenbuhl as a party defendant in this case. Mr. Kreyenbuhl is the chair of the Georgia Government Transparency and Campaign Finance Commission and would be sued in his official capacity only. This is a technical addition in light of the defendants' assertion of sovereign immunity on behalf of the Georgia Government Transparency and Campaign Finance Commission.

Rule 21 of the Federal Rules of Civil Procedure authorize a court to add or drop a party "at any time, on just terms." Fed. R. Civ. P. 21;

*see, e.g., Gentry v. Smith*, 487 F.2d 571, 580 (5th Cir. 1973). The defendants, including the Georgia Government Transparency and Campaign Finance Commission of which Mr. Kreyenbuhl is chair, do not oppose this addition.

The plaintiffs suggest that Mr. Kreyenbuhl be ordered to file a responsive pleading within 60 days after entry of any order joining him as a party, and that the current deadline for the existing defendants to file a responsive pleading be extended to align with that date.

A proposed order is attached.

Respectfully submitted this 27th day of September, 2022.

**/s/ *Bryan L. Sells***
Georgia Bar No. 635562
Attorney for the Plaintiffs
The Law Office of
Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

## Certificate of Compliance

I hereby certify that this document was prepared in 13-point Century Schoolbook in compliance with Local Rules 5.1(C) and 7.1(D).

<u>**/s/ Bryan L. Sells**</u>
Georgia Bar No. 635562
Attorney for the Plaintiff
The Law Office of
Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com