IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Ryan Graham**, et al. | Case No. 1:22-cv-3613-MHC |
| Plaintiffs, | |
| vs. | **Order** |
| **Christopher M. Carr**, et al., | |
| Defendants. | |

Upon consideration of the plaintiffs' unopposed motion to add a party (Doc. 13), and for good cause shown, it is ORDERED that the motion is GRANTED. The Clerk is DIRECTED to add James D. Kreyenbuhl as a party defendant in his official capacity as chair of the Georgia Government Transparency and Campaign Finance Commission. It is further ORDERED that Mr. Kreyenbuhl and the existing defendants shall have 60 days from the date of this order to file a responsive pleading.

IT IS SO ORDERED, this 28th day of September, 2022.

_____
MARK H. COHEN
United States District Judge